

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Larry Broadnax Jr.,<br><br>　　　　Defendant.<br>_____/ | Case: 2:23-cr-20436<br>Assigned To : Lawson, David M.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 7/27/2023<br>Description: INDI USA BROADNAX ET AL (NA)<br><br>Violations:　18 U.S.C. § 922(k) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(k)
*Possession of a Firearm with an Obliterated Serial Number*

On or about July 27, 2022, in the Eastern District of Michigan, Southern Division, the defendant, LARRY BROADNAX JR., knowingly possessed a firearm, that is one Smith & Wesson 9mm caliber pistol, which had the manufacturer's serial number removed, obliterated, or altered, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(k).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant LARRY BROADNAX JR. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to one Smith & Wesson 9mm caliber pistol and ammunition.

THIS IS A TRUE BILL
s/Grandjury Foreperson

GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

_____
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

_____
MARK BILKOVIC
BARBARA LANNING
Assistant United States Attorneys

Date: July 27, 2023

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover : | Case: 2:23-cr-20436<br>Assigned To : Lawson, David M.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 7/27/2023<br>Description: INDI USA BROADNAX ET AL (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *[signature]* |

**Case Title:** USA v. Larry Broadnax Jr.

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- based upon prior complaint **[Case number: 2:22-mj-30324]**

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

**Reason:** 

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

July 27, 2023
Date

*[signature]*
Mark Bilkovic
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mark.bilkovic@usdoj.gov
(313) 226-9623
Bar #: P48855

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.